**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **INDICTMENT** |
| **v.** | **CRIMINAL NO. 5:21-CR-** |
| **TRAVIS BALL,** | **VIOLATIONS:** |
| **Defendant.** | **18 U.S.C. § 871(a)** |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(THREATS AGAINST THE PRESIDENT)**

That on or about March 8, 2021, in the Macon Division of the Middle District of Georgia,

**TRAVIS BALL,**

Defendant herein, did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier a letter containing a threat to take the life of the President of the United States, specifically, to kill the President of the United States, his family, and everyone in the White House, by blowing up the White House. All in violation of Section 871 of Title 18 of the United States Code.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented By:

PETER D. LEARY
UNITED STATES ATTORNEY

ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _____ day of _____ NOV _____, AD 2021.

Deputy Clerk

2